## Page 1

```
            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF IDAHO

- - - - - - - - - - - - - - - - - - x  Case No.
                                    :  1:15-cr-00170-SAB-1
                                    :
UNITED STATES OF AMERICA,           :
                                    :
              Plaintiff,            :
                                    :
         vs.                        :
                                    :
JONATHAN DILLARD,                   :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x


     REPORTER'S TRANSCRIPT OF PROCEEDINGS

     Held on February 23, 2016, before

     Stanley A. Bastian, District Court Judge.


     Reported by
     Brooke R. Bohr
     CSR No. 753
```

## Page 2

```
 1              APPEARANCES
 2
 3   FOR PLAINTIFF
         Justin D. Whatcott, Esq.
 4       U.S. ATTORNEY'S OFFICE
         1290 W Myrtle St, Ste 500
 5       Boise, ID 83702
         (208) 334-1211
 6       justin.whatcott@usdoj.gov
 7
 8   FOR DEFENDANT
         Mark J. Ackley, Esq.
 9       FEDERAL DEFENDER SERVICES OF IDAHO
         702 W. Idaho, Suite 1000
10       Boise, ID 83702
         (208) 331-5500
11       mark_ackley@fd.org
12
13
14
                  * * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

1  THE COURT:  Good morning.
2      Please be seated.
3  THE CLERK:  The Court will now hear the
4  change of plea hearing in the matter of USA vs.
5  Jonathan Dillard, Case No. 15-CR-00170-SAB-1.
6      Counsel, if you'll state your
7  appearances for the record.
8  MR. WHATCOTT:  Good morning, Your Honor.
9  Justin Whatcott for the United States.
10  MR. ACKLEY:  Good morning, Your Honor.
11  Mark Ackley for Mr. Dillard.
12  THE COURT:  Good morning.
13  MR. ACKLEY:  Good morning.
14  THE COURT:  It is my understanding we have a
15  written plea agreement, and Mr. Dillard intends to
16  plead guilty to Count Two from the indictment; is
17  that correct?
18  MR. ACKLEY:  Yes, Your Honor.
19  THE COURT:  Very good.  Let me just find
20  something here.  I found it.
21      All right.  I'm ready to proceed.
22      Mr. Whatcott, anything you'd like to
23  say before we proceed?
24  MR. WHATCOTT:  We have an interlineation on
25  page 5.

## Page 4

1  THE COURT:  On page 5?
2  MR. WHATCOTT:  That's correct, Your Honor.
3  It would be the last sentence of the second full
4  paragraph on page 5.  The sentence reads:  "The
5  Defendant further admitted he had downloaded the
6  Yahoo "kindergardenfun" discussion website.  We
7  agree to strike that language this morning, and it
8  does not affect the elements for the offense.
9  THE COURT:  Mr. Whatcott, I have stricken
10  that from my copy of the written plea agreement,
11  and we'll strike it from the original, as well,
12  unless you guys already did that.
13      While you're at the podium -- I
14  typically do this a little later in the change
15  of plea procedure -- I'd like to have the
16  prosecutor explain briefly why charges were filed
17  against the defendant, and you can use the factual
18  basis statement if you want, anything you would
19  like to use.  If you can give me a brief
20  explanation as to why we have these charges.
21      And while you think about what you're
22  going to say, Mr. Dillard, I want you to listen
23  very carefully to what Mr. Whatcott has to say
24  because I'm going to ask you questions about
25  whether you agree with what he's saying or

Page 5

1  disagree. So pay some attention, please.
2     MR. WHATCOTT: Your Honor, just for purposes
3  of the record, my standard practice in this
4  district is to go ahead and read the factual basis
5  verbatim, just because that is the facts set that
6  we have agreed to. So that will be my intent
7  here.
8     THE COURT: That's fine.
9     MR. WHATCOTT: Your Honor, pursuant to the
10 plea agreement in this case, the parties have
11 agreed if this matter were to proceed to trial,
12 it would be proven beyond a reasonable doubt that
13 on November 6, 2013, investigators with the Idaho
14 Internet Crimes Against Children Task Force (ICAC)
15 received a "cybertip" from the National Center for
16 Missing and Exploited Children (NCMEC). The
17 cybertip indicated that Yahoo Inc. reported that a
18 Yahoo user, "yohondillard," had uploaded suspected
19 child pornography on a Yahoo online discussion
20 group called "kindergardenfun" on October 28,
21 2013. The cybertip included an IP address for the
22 user "yohondillard."
23        Investigators with the ICAC sent an
24 administrative subpoena to the IP address owner,
25 Qwest Communications, and discovered that the

Page 6

1  IP address was leased to a Qwest customer located
2  at 1631 N. Klemmer Avenue, Kuna, Idaho. ICAC
3  investigators learned that the Defendant,
4  Jonathan Dillard, a registered sex offender, had
5  listed that address as his residence with the
6  Idaho Sex Offender Registry.
7        On December 27, 2013, ICAC investigator
8  Brice King submitted an affidavit in support of a
9  federal search warrant for 1631 N. Klemmer Avenue,
10 Kuna, Idaho, United States Magistrate Judge
11 Ronald E. Bush signed the search warrant
12 authorizing a search of the residence to seize
13 evidence relating to material involving the sexual
14 exploitation of minors in violation of 18 U.S.C
15 §2252(a)(2), (a)(4)(B), including a seizure and
16 subsequent search of any and all computers or
17 electronic storage devices.
18        On January 2, 2014, ICAC investigators
19 served the search warrant at 1631 N. Klemmer
20 Avenue, Kuna, Idaho. The Defendant was present at
21 the residence at the time of the search. After
22 being read his Miranda rights, the Defendant
23 agreed to answer questions by investigators.
24 During the interview with investigators, the
25 Defendant admitted that he was the Yahoo user

Page 7

1  "Yohondillard," and that he had subscribed to and
2  visited the "kindergardenfun" Yahoo group
3  Discussion website. The Defendant admitted that
4  he viewed child pornography on the website, but
5  stated that he did not upload, download, or save
6  any of the images of child pornography. The
7  Defendant admitted that he used a Dell laptop
8  computer located in the residence, and that he had
9  last accessed the "kindergardenfun" website in
10 October of 2013.
11       ICAC agents seized numerous electronic
12 devices from the residence, including (1) a Dell
13 Inspiron laptop computer, serial number 8LS8JX1,
14 bearing a manufacturer's label "Made in CN",
15 containing a Samsung Spinpoint 1000 GB HDD,
16 serial number S2WZJ90D316433, bearing a
17 manufacturer's label "Product of China"; (2) a
18 SanDisc Cruzer 8G USB Flash drive, serial number
19 20053247911113D207A04&0, bearing a manufacturer's
20 trade label "Made in China," and; (3) two Maxell
21 optical discs (DVDs) labeled "Jon Dillard,"
22 that were manufactured in Taiwan, China, or
23 India. Each of these devices had previously been
24 transported in interstate or foreign commerce
25 prior to the Defendant's possession of them.

Page 8

1       On January 15, 2014, Investigator King
2  submitted an affidavit in support of a second
3  Federal search warrant for an HP desktop
4  computer located at 1631 N. Klemmer Avenue, Kuna,
5  Idaho. This desktop computer was not seized
6  during the service of the first search warrant
7  on January 2, 2014, because a forensic preview did
8  not locate any child pornography or other
9  Contraband. However, subsequent investigation
10 revealed the two Maxell discs seized from the
11 residence contained a backup of an HP computer's
12 operating system and contained child pornography.
13 United States Magistrate Judge Ronald E. Bush
14 signed the search warrant authorizing a search of
15 the residence to seize the HP desktop computer.
16       ICAC investigators served the second
17 search warrant at the Defendant's residence on
18 January 21, 2014. The Defendant was present at
19 the residence. After being read his Miranda
20 rights, the Defendant again agreed to answer
21 questions. The Defendant admitted the Maxell
22 discs were his, and that he created a backup of
23 his user profile from an HP computer that he
24 later destroyed. The Defendant admitted he placed
25 links to websites that are indicative of child

Page 9

1  pornography in the favorites folder under his user
2  profile on that computer.
3      On May 28, 2014, ICAC investigators
4  returned to the Defendant's residence to return
5  the HP desktop computer, which did not contain
6  any child pornography or contraband, to the
7  Defendant's mother.  The Defendant was present and
8  again agreed to speak to investigators.  The
9  Defendant admitted that the SanDisc Cruzer flash
10 drive seized from the residence on January 2,
11 2014, belonged to him, and he admitted that the
12 flash drive contained child pornography.  The
13 Defendant further admitted that he had downloaded
14 child pornography from the Yahoo "kindergardenfun"
15 discussion group website.
16      ICAC investigator Dana Miller conducted
17 forensic examinations of the data contained on
18 The Dell Inspiron laptop computer containing a
19 Samsung hard drive, on the SanDisc Cruzer flash
20 drive, and on the two Maxell discs, all of which
21 were seized from the Defendant's residence.
22 Miller discovered evidence that the SanDisc Cruzer
23 flash drive was connected to the Dell Inspiron
24 laptop computer between November 23, 2013, and
25 December 11, 2013.  Miller discovered that the

Page 10

1  Dell Inspiron's internet history reflected access
2  to the Yahoo group "kindergardenfun," the
3  downloading of images from that group site, as
4  well as access to websites indicative of child
5  Pornography.  Miller discovered 26 images of
6  child pornography and 2 videos depicting child
7  pornography on the Samsung hard drive.  Miller
8  discovered 1 video depicting child pornography on
9  the SanDisc Cruzer flash drive.  Finally, Miller
10 discovered 31 images of child pornography, and
11 10 videos containing child pornography, on the
12 Maxell discs.  The images of child pornography
13 included prepubescent minors, or minors that bad
14 not yet attained 12 years old.
15      Investigator King sent the images of
16 child pornography to NCMEC for potential
17 identification of the children depicted therein.
18 In response, NCMEC provided a "Child
19 Identification Report," which identified 9 images
20 of known child victims from 9 known series of
21 Child pornography.  The known series include:
22 aprilblonde, Jan_Feb, Melinda, Sweet Sugar,
23 Heather, KG-Inga, MonkeyBedding, Amanda, and IM.
24      On February 28, 2003, the United States
25 District Court for the District of Idaho, in case

Page 11

1  number 02-cr-0036-BLW, entered a conviction
2  against the Defendant for possession of sexually
3  explicit images of minors, in violation of
4  18 U.S.C. §2252(a)(4)(B).  The Defendant admits
5  this is a prior conviction under chapter 110 of
6  Title 18, United States Code, subjecting him to
7  enhanced minimum and maximum penalties under
8  18 U.S.C, §2252A(b)(2).
9      THE COURT:  Thank you, Mr. Whatcott.
10     MR. WHATCOTT:  Thank you.
11     THE COURT:  Mr. Dillard and Mr. Ackley, if
12 you could approach the podium, please.
13     Good morning, Mr. Ackley.  Do you have
14 anything you would like to say before I ask your
15 client some questions?
16     MR. ACKLEY:  Your Honor, I would just note
17 that when the Court makes its inquiry about
18 competency, I'll just say that I discussed the
19 plea agreement with Mr. Dillard, and I believe
20 he's of the same mental condition that he was when
21 the Court made its findings on competency, and
22 we'll defer to those findings, Your Honor.
23     THE COURT:  All right.  Very good.
24 Thank you.
25     Mr. Dillard, it is my understanding

Page 12

1  that you want to plead guilty today to Count Two,
2  which is a crime called, "Possession and access
3  with intent to view child pornography."  And in
4  addition, you're admitting that you have been
5  convicted of a similar crime previously, I believe
6  in 2003.
7      Is that your intent today?
8      THE DEFENDANT:  Yes, sir.
9      THE COURT:  Mr. Dillard, do you understand
10 that I have several questions for you, and then
11 I'll decide whether to accept your plea of guilty?
12 And assuming that I do, I want you to know that
13 we're not going to do any sentencing today.  That
14 will happen later this year.
15     Do you understand that?
16     THE DEFENDANT:  Yes, sir.
17     THE COURT:  All right.  Then, Mr. Dillard, I
18 want to make sure your answers to my questions are
19 truthful.  So I'll place you under oath.  If you
20 could raise your right hand and the deputy clerk
21 will swear you in.
22     (The Defendant was sworn by the Clerk.)
23     THE DEFENDANT:  Yes, I do.
24     THE COURT:  Mr. Dillard, I'm going to ask
25 you some questions.  And on some occasions, it

Page 13

1 will be easy for you to refer to the written plea
2 agreement.
3     Do you have a copy of that in front of
4 you?
5     THE DEFENDANT: My attorney has it.
6     THE COURT: I'll let you know when it is
7 time to look at something, but it is good to have
8 that available.
9     First of all, I want to ask to verify
10 your name.
11     Is your name Jonathan Dillard.
12     THE DEFENDANT: Yes, sir.
13     THE COURT: Is your last name spelled
14 D-i-l-l-a-r-d?
15     THE DEFENDANT: Yes, sir.
16     THE COURT: And is your first name spelled
17 J-o-n-a-t-h-a-n.
18     THE DEFENDANT: Yes, sir.
19     THE COURT: All right. Mr. Dillard, how old
20 are you?
21     THE DEFENDANT: I'm not sure.
22     THE COURT: All right. How far did you get
23 in school?
24     THE DEFENDANT: Some college.
25     THE COURT: Some college? Did you graduate

Page 14

1 from high school?
2     THE DEFENDANT: No, sir.
3     THE COURT: All right. Did you ever get a
4 high school equivalency degree?
5     THE DEFENDANT: I got a GED when I was in
6 prison last time.
7     THE COURT: Do you remember the year you got
8 your GED?
9     THE DEFENDANT: No, sir.
10     THE COURT: All right. When you say you did
11 that when you were in prison, did you go to prison
12 after you were convicted in 2003?
13     THE DEFENDANT: Yes, sir.
14     THE COURT: All right. Did you take any
15 drugs or alcohol this morning?
16     THE DEFENDANT: No, sir.
17     THE COURT: All right. Did you take
18 anything, drugs, alcohol, or anything else that
19 impacts your judgment this morning?
20     THE DEFENDANT: No medications or drugs or
21 alcohol, sir.
22     THE COURT: All right. Did you take
23 anything that impacts your ability to understand
24 me today?
25     THE DEFENDANT: No, sir.

Page 15

1     THE COURT: Are you able to understand me
2 today?
3     THE DEFENDANT: Yes, sir.
4     THE COURT: Mr. Dillard, do you understand
5 by pleading guilty to a federal crime that this
6 may have some immigration consequences?
7     THE DEFENDANT: Yes, sir.
8     THE COURT: All right. And do you
9 understand that it will impact your ability to
10 vote in the future?
11     THE DEFENDANT: Yes, sir.
12     THE COURT: Do you understand that it will
13 impact your ability to legally possess weapons or
14 firearms in the future?
15     THE DEFENDANT: Yes, sir.
16     THE COURT: Do you understand it will
17 impact your ability to serve on a jury in the
18 future?
19     THE DEFENDANT: Yes, sir.
20     THE COURT: And do you understand that it
21 will impact your ability to run for and hold
22 public office in the future?
23     THE DEFENDANT: Yes, sir.
24     THE COURT: And, Mr. Dillard, did anybody
25 threaten you to induce you to plead guilty today?

Page 16

1     THE DEFENDANT: No, sir.
2     THE COURT: Did anybody threaten a member
3 of your family to induce you to plead guilty
4 today?
5     THE DEFENDANT: No, sir.
6     THE COURT: Mr. Dillard, did you discuss
7 your decision to plead guilty with your lawyer,
8 Mr. Ackley?
9     THE DEFENDANT: Yes, sir.
10     THE COURT: Was he able to answer all of
11 your questions to your satisfaction?
12     THE DEFENDANT: Yes, sir.
13     THE COURT: Did you discuss your decision
14 to sign a written plea agreement with your lawyer,
15 Mr. Ackley, today?
16     THE DEFENDANT: Yes, sir.
17     THE COURT: And was he able to answer any
18 questions that you had about the written plea
19 agreement to your satisfaction?
20     THE DEFENDANT: Yes, sir.
21     THE COURT: Mr. Dillard, are you satisfied
22 with Mr. Ackley's services as your lawyer up to
23 this point?
24     THE DEFENDANT: Very much so, sir.
25     THE COURT: Mr. Dillard, I would like you to

Page 17

1  refer to the written plea agreement, if you could,
2  and I'm going to ask you some questions about
3  that.
4       THE DEFENDANT: Yes, sir.
5       THE COURT: Did you sign this? It looks
6  like you signed it on February 18, 2016.
7       THE DEFENDANT: Yes, sir.
8       THE COURT: Before you signed it, did you
9  read it or did somebody read it to you?
10      THE DEFENDANT: Somebody read it to me,
11 sir.
12      THE COURT: All right. Did you understand
13 it?
14      THE DEFENDANT: Yes, sir.
15      THE COURT: Were there any surprises in it,
16 something that took you by surprise and you
17 wondered why is that in there?
18      THE DEFENDANT: Just a couple of things,
19 sir, but we covered it and it is okay.
20      THE COURT: All right. So you had some
21 questions, and your attorney, Mr. Ackley, was able
22 to explain those to you?
23      THE DEFENDANT: Yes, sir.
24      THE COURT: And by the time you signed it,
25 you understood everything in the written plea

Page 18

1  agreement?
2       THE DEFENDANT: Yes, sir.
3       THE COURT: All right. I have some specific
4  questions, and you can follow along because I'm
5  just going to go through it, not necessarily on
6  every page, but we'll go through it in order.
7       On page 1, paragraph 1A, it says that
8  you want to plead guilty to Count Two of the
9  indictment.
10      Is that, in fact, your understanding?
11      THE DEFENDANT: Yes, sir.
12      THE COURT: And you understand that by
13 pleading guilty to Count Two, your pleading guilty
14 to a crime called "possession and access with
15 intent to view child pornography."
16      Do you understand that?
17      THE DEFENDANT: Yes.
18      THE COURT: And you understand that's a
19 federal crime, and it is considered to be a
20 felony?
21      THE DEFENDANT: Yes, sir.
22      THE COURT: All right. I want to make sure
23 you understand by pleading guilty, if I accept
24 that plea, that you're agreeing to forfeit some
25 property after your plea is accepted.

Page 19

1       Do you understand that?
2       THE DEFENDANT: Yes, sir.
3       THE COURT: And that property is summarized
4  later in the plea agreement. Let me get to it.
5       This is on page 8, if you want to look
6  at it. You're agreeing to forfeit a Dell laptop
7  computer, and it lists the various serial numbers
8  and things. And your understanding is you're
9  going to forfeit that, and you won't own it
10 anymore.
11      Do you understand that?
12      THE DEFENDANT: Yes, sir.
13      THE COURT: And secondly, you're going to
14 forfeit a SanDisk Cruzer USB flash drive.
15      Do you understand that?
16      THE DEFENDANT: Yes, sir.
17      THE COURT: All right. And third, you're
18 going to forfeit two Maxell Optical disks or DVD's
19 with your name on them, Jon Dillard.
20      Do you understand you'll lose
21 possession of those by agreement?
22      THE DEFENDANT: Yes, sir.
23      THE COURT: Mr. Dillard, I want to make sure
24 you understand that the elements of the crime to
25 which you're charged with are as follows:

Page 20

1       If you want to follow along, this is on
2  page 2 of the written plea agreement, "Elements of
3  the crime." If you didn't plead guilty, the
4  government would have to prove you guilty of these
5  three things. All right?
6       So, first of all, do you understand the
7  government would have to prove that you knowingly
8  possessed or accessed with intent to view any
9  matter that contained an image of child
10 pornography as defined by federal law.
11      Do you understand that?
12      THE DEFENDANT: Yes.
13      THE COURT: Yes?
14      THE DEFENDANT: Yes.
15      THE COURT: Do you understand, secondly, the
16 government would have to prove that such child
17 pornography had been transported in interstate or
18 foreign commerce by any means, including by a
19 computer, or that such child pornography had been
20 produced using materials that had been mailed or
21 shipped or transported in interstate or foreign
22 commerce, including by a computer.
23      Do you understand that is one of the
24 elements of the crime?
25      THE DEFENDANT: Yes, sir.

Page 21

1    THE COURT: And, third, do you understand
2  that the last element of the crime is that you
3  knew that such items or images constituted child
4  pornography.
5        Do you understand that?
6    THE DEFENDANT: Yes, sir.
7    THE COURT: All right. Now, do you
8  understand that by pleading guilty, you're giving
9  up several constitutional rights that you have?
10 And, Mr. Dillard, these are listed at the top of
11 page 2 if you want to look at that.
12       The constitutional rights are as
13 follows: You're giving up the right to plead not
14 guilty to this offense and to make the government
15 prove that you did this beyond a reasonable doubt.
16       Do you understand that you're waiving
17 that right?
18   THE DEFENDANT: Yes, sir.
19   THE COURT: Do you understand that you're
20 waiving -- by pleading guilty, you're waiving the
21 right to a jury trial during which you would be
22 presumed innocent, and in which the jury would
23 have to listen to the evidence and make the
24 decision regarding whether it suggested to them
25 that you were guilty beyond a reasonable doubt or

Page 22

1  not guilty?
2    THE DEFENDANT: Yes, sir.
3    THE COURT: All right. And do you
4  understand that you have a right to present
5  evidence on your own behalf with the help of your
6  lawyer, Mr. Ackley, at that jury trial, in which
7  you could argue to them you're not guilty if
8  that's what you wanted to do?
9    THE DEFENDANT: Yes, sir.
10   THE COURT: You understand by pleading
11 guilty you're waiving that right?
12   THE DEFENDANT: Yes, sir.
13   THE COURT: You understand if you had a
14 jury trial, you had the right also to remain
15 silent and not testify. And if you chose to
16 exercise that right, I would instruct the jury not
17 to consider that or hold that against you as they
18 evaluated the other evidence that the government
19 had regarding your guilt.
20       Do you understand that?
21   THE DEFENDANT: Yes, sir.
22   THE COURT: Do you understand by pleading
23 guilty you're waiving that right?
24   THE DEFENDANT: Yes, sir.
25   THE COURT: Do you understand all of these

Page 23

1  rights that you have to a jury trial that you're
2  waiving by pleading guilty?
3    THE DEFENDANT: Yes, sir.
4    THE COURT: All right. And after today, you
5  won't have a jury trial regarding this crime.
6    THE DEFENDANT: Yes, sir.
7    THE COURT: Now, earlier we heard from the
8  prosecutor, Mr. Whatcott. It was a lengthy
9  explanation of the evidence that the government
10 has against you and the evidence that they would
11 use to convict you if there was a trial.
12       Did you listen to what Mr. Whatcott had
13 to say?
14   THE DEFENDANT: Yes, sir.
15   THE COURT: And everything he said was
16 actually on the written plea agreement at pages 3,
17 4, 5 and 6.
18       Now, before you sign the written plea
19 agreement, did you read or have read to you that
20 factual basis that is found on pages 3 through 6
21 of the plea agreement?
22   THE DEFENDANT: Yes, sir.
23   THE COURT: Did you disagree with the
24 evidence as summarized in that section of the plea
25 agreement?

Page 24

1    THE DEFENDANT: No, sir.
2    THE COURT: Did you disagree with anything
3  that Mr. Whatcott said as he read that section to
4  us earlier this morning?
5    THE DEFENDANT: No, sir.
6    THE COURT: All right. Mr. Dillard, could
7  you tell me very briefly what you did that led to
8  these crimes or these charges being brought
9  against you?
10   THE DEFENDANT: I viewed some child porn on
11 the Yahoo group "kindergardenfun.com."
12   THE COURT: And did you know when you looked
13 at these images on the computer that it was child
14 pornography?
15   THE DEFENDANT: Yes, sir.
16   THE COURT: All right. And when you did
17 this, I believe it was in the fall of 2013, if I
18 remember correctly, had you previously been
19 convicted of another child pornography related
20 offense?
21   THE DEFENDANT: Yes, sir.
22   THE COURT: I believe that was in 2003, that
23 other conviction, if you remember? If you don't,
24 just tell me.
25   THE DEFENDANT: I don't remember, sir.

Page 25

1   THE COURT: That's fine. I want to make
2   sure that you understand --
3       I'm sorry. I might have bumped the
4   sound system.
5       Mr. Dillard, I want to make sure you
6   understand the maximum penalty that this crime
7   has. When we get to sentencing, I'm free and able
8   to sentence you to the following, and this is the
9   maximum penalty: A term of prison of not less
10  than 10 years, nor more than 20 years; a term of
11  supervised release of not less than 5 years, but
12  up to the rest of your life, and a maximum fine of
13  $250,000 with a special penalty assessment of
14  $100.
15      Do you understand that's the maximum
16  penalty that I can sentence you to at sentencing?
17      THE DEFENDANT: Yes, sir.
18      THE COURT: Did you discuss that maximum
19  penalty with your attorney before you decided to
20  plead guilty?
21      THE DEFENDANT: Yes, sir.
22      THE COURT: All right. I'm on page 7 of the
23  plea agreement. And in paragraph F, it indicates
24  that you're agreeing -- as part of your plea
25  agreement, you're agreeing to pay restitution

Page 26

1   equal to the loss caused to any victim of the
2   charged offense applicable to any statute. I'm
3   sure at the time of sentencing there will be an
4   amount recommended by the prosecutor. You're
5   attorney will have an opinion about that and will
6   be able to make representations to me of what that
7   amount should be, and that amount will be left up
8   to me.
9       Do you understand that?
10      THE DEFENDANT: Yes, sir.
11      THE COURT: All right. I'm looking at
12  page 10 of the plea agreement. And, Mr. Dillard,
13  right at the bottom -- I want to make sure you
14  understand this -- it says, "The Court," that's
15  me, "is not a party to this agreement."
16      This agreement does not bind the
17  Court's determination of the sentence guideline
18  ranges. The Court will identify the factors that
19  will determine the applicable range under the
20  United States sentencing guidelines, and I'll make
21  a decision regarding what your sentence should be.
22      Do you understand that?
23      THE DEFENDANT: Yes, sir.
24      THE COURT: Do you understand that by
25  pleading guilty, you won't be able to withdraw the

Page 27

1   plea very easily, even if you don't like the
2   sentence that I decide to impose?
3       THE DEFENDANT: Yes, sir.
4       THE COURT: And, Mr. Dillard, did you
5   discuss that with your attorney before you decided
6   to plead guilty?
7       THE DEFENDANT: Yes, sir.
8       THE COURT: All right. Looking at page 11,
9   in Section B1 it indicates at the time of
10  sentencing, the government reserves the right to
11  fully allocate its sentencing regarding the
12  sentence recommendations that they feel is most
13  appropriate. I've summarized it, but that's
14  essentially what's going on happen.
15      Do you understand that?
16      THE DEFENDANT: Yes, sir.
17      THE COURT: All right. On pages 12, 13 and
18  14, there are a number of joint recommendations.
19  This written agreement indicates you have agreed
20  to all of these.
21      Did you read all of these agreed and
22  joint recommendations before you signed the
23  sentencing agreement?
24      THE DEFENDANT: Yes, sir.
25      THE COURT: Did you understand them before

Page 28

1   you signed this agreement?
2       THE DEFENDANT: Yes, sir.
3       THE COURT: All right. I'm not going to go
4   through all of them, but I want to make sure by
5   pleading guilty you're agreeing to participate in
6   a psychosexual assessment before sentencing.
7       THE DEFENDANT: Yes, sir.
8       THE COURT: Has that been explained to you?
9       THE DEFENDANT: Yes, sir.
10      THE COURT: All right. And you agree to go
11  through that as part of this plea agreement?
12      THE DEFENDANT: Yes, sir.
13      THE COURT: All right. Do you understand
14  that as part of the plea agreement and your
15  decision to plead guilty, that you're waiving any
16  right to appeal or collaterally attack the entry
17  of plea, if I accept your plea, the conviction,
18  the judgment and the sentence that I impose?
19      Do you understand you're waiving that?
20      THE DEFENDANT: Yes, sir.
21      THE COURT: There are some circumstances
22  in which you could appeal, and I'm looking at
23  page 16, Section B1. You have the right to appeal
24  if one of the following unusual circumstances
25  occurs:

Page 29

1      One, the sentence imposed by the Court
2  exceeds the statutory maximum. So if that
3  happens, you can appeal that.
4      Do you understand that?
5      THE DEFENDANT: Yes, sir.
6      THE COURT: Two, if the Court arrives at an
7  advisory guideline range by applying an upward
8  departure under Chapter 5K of the guidelines. If
9  I do that, you can appeal that.
10     Do you understand that?
11     THE DEFENDANT: Yes, sir.
12     THE COURT: And, third, if the Court
13 exercises its discretion under 3553 of 18 U.S.C
14 to impose a sentence that exceeds the advisory
15 guideline range. Do you understand that if I go
16 beyond the guidelines, that you could appeal
17 that?
18     THE DEFENDANT: Yes, sir.
19     THE COURT: All right. And you understand
20 that if any of those things happen and you decide
21 to appeal, you have the right to use your
22 attorney, Mr. Ackley, to help you with that
23 appeal?
24     THE DEFENDANT: Yes, sir.
25     THE COURT: All right. Now, you understand

Page 30

1  that at the time of sentencing, that the
2  government and your attorney and you will all have
3  the opportunity to tell me what you think
4  sentencing should be and what should be
5  appropriate.
6      Do you understand that that process
7  will take place and all three of you can make
8  recommendations?
9      THE DEFENDANT: Yes, sir.
10     THE COURT: And do you understand, though,
11 that I'm free to ignore those recommendations and
12 sentence you up to the maximum and hopefully
13 within the guidelines as suggested by the
14 sentencing guidelines.
15     Do you understand that?
16     THE DEFENDANT: Yes, sir.
17     THE COURT: All right. Well, Mr. Dillard,
18 how do you plead to the crime of possession with
19 access -- possession and access with intent to
20 view child pornography, guilty or not guilty?
21     THE DEFENDANT: Guilty, Your Honor.
22     THE COURT: Mr. Ackley, based on the
23 questions I've asked and the answers that your
24 client has given to me, is there any reason I
25 should not accept this plea?

Page 31

1      MR. ACKLEY: No, Your Honor.
2      THE COURT: All right. Mr. Whatcott,
3  based on the questions and answers this morning,
4  is there any reason I should not accept this
5  plea?
6      MR. WHATCOTT: No, Your Honor.
7      THE COURT: All right. Mr. Dillard, I will
8  accept your plea. I will find based on your
9  answers to my questions today and based on the
10 competency hearing that we had a few months ago
11 and the findings that I made after that competency
12 hearing, I will find you were fully competent and
13 capable to understand the nature of the charges
14 against you, and you're also competent and capable
15 to make a decision to sign a written plea
16 agreement and to make the decision to plead
17 guilty.
18     You appear to me to be aware of the
19 nature of the charges against you and the
20 consequences of those charges. You appear to me
21 to be aware of the rights that you have and the
22 rights that you're giving up by signing the
23 written plea agreement and by pleading guilty. I
24 find your plea is being made knowingly and
25 voluntarily, and it is supported by substantial

Page 32

1  evidence which supports each element of the crime
2  that you're charged with and that you're pleading
3  guilty to.
4      So I accept your plea, and I find you
5  guilty of the crime of possession and access with
6  intent to view child pornography in violation of
7  18 USC, §2252A(a)(5)(B).
8      Mr. Dillard, as I explained to you
9  earlier, we're going to schedule a sentencing
10 hearing. It will probably be no earlier than
11 May or June. Between now and then, I'm going to
12 have you meet with a probation officer, and you
13 have the right to have your lawyer with you when
14 you meet with the probation officer.
15     The probation officer is going to
16 prepare -- in addition to the tests that we talked
17 about that you're aware of, he's going to prepare
18 a presentence investigation report. You'll have a
19 chance to review that with your lawyer before I
20 see it. But eventually, I'll take a look at it,
21 and I will read that and anything else submitted
22 by you, your lawyer or the government before I
23 decide what your sentence should be. All right?
24     THE DEFENDANT: Yes, sir.
25     THE COURT: It will take some time to

Page 33

1  prepare all of that, and I'm not usually here in
2  the District of Idaho.  So, Counsel, I'm not going
3  to schedule that hearing right now, but next week
4  when I'm back in my chambers I will have my
5  scheduling clerk contact you with some suggestions
6  and get it scheduled.  I'm thinking it will be
7  May, June, possibly even July, depending on
8  everybody's schedule.  All right?
9       THE DEFENDANT:  Yes, sir.
10      THE COURT:  Mr. Dillard, do you have any
11 questions?
12      THE DEFENDANT:  No, sir.
13      THE COURT:  All right.  Any other matters
14 from either attorney?
15      MR. WHATCOTT:  Not from the government,
16 Your Honor.
17      THE COURT:  All right.
18      MR. ACKLEY:  No, Your Honor.
19      THE COURT:  All right.  We'll contact you
20 about scheduling the sentencing hearing.  I look
21 forward to seeing you then.  In the meantime, it
22 is my understanding that Mr. Dillard is on
23 presentencing release and will remain so on the
24 same conditions, no changes.
25      MR. WHATCOTT:  We have no objection to that,

Page 34

1  Your Honor.
2       THE COURT:  All right.
3       MR. ACKLEY:  Thank you, Your Honor.
4       THE COURT:  Thank you.  I look forward to
5  seeing you later on this year.  Court is in
6  recess.
7       MR. ACKLEY:  Thank you.
8       (Proceedings concluded.)
9              * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 35

1            REPORTER'S CERTIFICATE
2
3
4       I, Brooke R. Bohr, CSR, RPR, County of
5  Ada, State of Idaho, hereby certify:
6       That I am the reporter who took the
7  proceedings had in the above-entitled action in
8  machine shorthand and thereafter the same was
9  reduced into typewriting under my direct
10 supervision; and
11      That the foregoing transcript contains a
12 full, true, and accurate record of the proceedings
13 had in the above and foregoing cause, which was
14 heard at Boise, Idaho.
15      IN WITNESS WHEREOF, I have hereunto set
16 my hand July 24, 2021.
17
18      /s/ Brooke R. Bohr
19
20
       Brooke R. Bohr, CSR, RPR
21     CSR No. 753
22
23
24
25

**$**

$100
  25:14
$250,000
  25:13

**(**

(1)
  7:12
(2)
  7:17
(3)
  7:20
(a)(4)(b)
  6:15

**0**

02-cr-0036-blw
  11:1

**1**

1
  10:8 18:7
10
  10:11 25:10
  26:12
1000
  7:15
11
  9:25 27:8
110
  11:5
12
  10:14 27:17
13
  27:17
14
  27:18
15
  8:1
15-CR-00170-SAB-1
  3:5
16
  28:23
1631
  6:2,9,19 8:4

18
  6:14 11:4,6,8
  17:6 29:13 32:7
1A
  18:7

**2**

2
  6:18 8:7 9:10
  10:6 20:2 21:11
20
  25:10
2003
  10:24 12:6
  14:12 24:22
20053247911
113D207A04
&0
  7:19
2013
  5:13,21 6:7 7:10
  9:24,25 24:17
2014
  6:18 8:1,7,18
  9:3,11
2016
  17:6
21
  8:18
23
  9:24
26
  10:5
27
  6:7
28
  5:20 9:3 10:24

**3**

3
  23:16,20
31
  10:10
3553
  29:13

**4**

4
  23:17

**5**

5
  3:25 4:1,4 23:17
  25:11
5K
  29:8

**6**

6
  5:13 23:17,20

**7**

7
  25:22

**8**

8
  19:5
8G
  7:18
8LS8JX1
  7:13

**9**

9
  10:19,20

**A**

ability
  14:23 15:9,13,
  17,21
accept
  12:11 18:23
  28:17 30:25
  31:4,8 32:4
accepted
  18:25
access
  10:1,4 12:2
  18:14 30:19
  32:5
accessed
  7:9 20:8
Ackley
  3:10,11,13,18
  11:11,13,16
  16:8,15 17:21

22:6 29:22
30:22 31:1
33:18 34:3,7
Ackley's
  16:22
addition
  12:4 32:16
address
  5:21,24 6:1,5
administrative
  5:24
admits
  11:4
admitted
  4:5 6:25 7:3,7
  8:21,24 9:9,11,
  13
admitting
  12:4
advisory
  29:7,14
affect
  4:8
affidavit
  6:8 8:2
agents
  7:11
agree
  4:7,25 28:10
agreed
  5:6,11 6:23 8:20
  9:8 27:19,21
agreeing
  18:24 19:6
  25:24,25 28:5
agreement
  3:15 4:10 5:10
  11:19 13:2
  16:14,19 17:1
  18:1 19:4,21
  20:2 23:16,19,
  21,25 25:23,25
  26:12,15,16
  27:19,23 28:1,
  11,14 31:16,23
ahead
  5:4
alcohol
  14:15,18,21
allocate
  27:11
Amanda
  10:23

amount
  26:4,7
answers
  12:18 30:23
  31:3,9
anymore
  19:10
appeal
  28:16,22,23
  29:3,9,16,21,23
appearances
  3:7
applicable
  26:2,19
applying
  29:7
approach
  11:12
aprilblonde
  10:22
argue
  22:7
arrives
  29:6
assessment
  25:13 28:6
assuming
  12:12
attack
  28:16
attained
  10:14
attention
  5:1
attorney
  13:5 17:21
  25:19 26:5 27:5
  29:22 30:2
  33:14
authorizing
  6:12 8:14
Avenue
  6:2,9,20 8:4
aware
  31:18,21 32:17

**B**

B1
  27:9 28:23
back
  33:4
backup
  8:11,22

bad
  10:13
based
  30:22 31:3,8,9
basis
  4:18 5:4 23:20
bearing
  7:14,16,19
behalf
  22:5
belonged
  9:11
bind
  26:16
bottom
  26:13
Brice
  6:8
briefly
  4:16 24:7
brought
  24:8
bumped
  25:3
Bush
  6:11 8:13

**C**

called
  5:20 12:2 18:14
capable
  31:13,14
carefully
  4:23
case
  3:5 5:10 10:25
caused
  26:1
Center
  5:15
chambers
  33:4
chance
  32:19
change
  3:4 4:14
chapter
  11:5 29:8
charged
  19:25 26:2 32:2
charges
  4:16,20 24:8

31:13,19,20
**child**
5:19 7:4,6 8:8,
12,25 9:6,12,14
10:4,6,8,10,11,
12,16,18,20,21
12:3 18:15 20:9,
16,19 21:3
24:10,13,19
30:20 32:6
**children**
5:14,16 10:17
**China**
7:17,20,22
**chose**
22:15
**circumstances**
28:21,24
**clerk**
3:3 12:20,22
33:5
**client**
11:15 30:24
**CN**
7:14
**Code**
11:6
**collaterally**
28:16
**college**
13:24,25
**commerce**
7:24 20:18,22
**Communications**
5:25
**competency**
11:18,21 31:10,11
**competent**
31:12,14
**computer**
7:8,13 8:4,5,15,
23 9:2,5,18,24
19:7 20:19,22
24:13
**computer's**
8:11
**computers**
6:16
**concluded**
34:8
**condition**
11:20

**conditions**
33:24
**conducted**
9:16
**connected**
9:23
**consequences**
15:6 31:20
**considered**
18:19
**constituted**
21:3
**constitutional**
21:9,12
**contact**
33:5,19
**contained**
8:11,12 9:12,17
20:9
**contraband**
8:9 9:6
**convict**
23:11
**convicted**
12:5 14:12
24:19
**conviction**
11:1,5 24:23
28:17
**copy**
4:10 13:3
**correct**
3:17 4:2
**correctly**
24:18
**Counsel**
3:6 33:2
**Count**
3:16 12:1 18:8,
13
**couple**
17:18
**Court**
3:1,3,12,14,19
4:1,9 5:8 10:25
11:9,11,17,21,
23 12:9,17,24
13:6,13,16,19,
22,25 14:3,7,10,
14,17,22 15:1,4,
8,12,16,20,24
16:2,6,10,13,17,
21,25 17:5,8,12,

15,20,24 18:3,
12,18,22 19:3,
13,17,23 20:13,
15 21:1,7,19
22:3,10,13,22,
25 23:4,7,15,23
24:2,6,12,16,22
25:1,18,22
26:11,14,18,24
27:4,8,17,25
28:3,8,10,13,21
29:1,6,12,19,25
30:10,17,22
31:2,7 32:25
33:10,13,17,19
34:2,4,5
**Court's**
26:17
**covered**
17:19
**created**
8:22
**crime**
12:2,5 15:5
18:14,19 19:24
20:3,24 21:2
23:5 25:6 30:18
32:1,5
**crimes**
5:14 24:8
**Cruzer**
7:18 9:9,19,22
10:9 19:14
**customer**
6:1
**cybertip**
5:15,17,21

---
**D**

**D-I-L-L-A-R-D**
13:14
**Dana**
9:16
**data**
9:17
**December**
6:7 9:25
**decide**
12:11 27:2
29:20 32:23
**decided**
25:19 27:5
**decision**
16:7,13 21:24
26:21 28:15

31:15,16
**defendant**
4:5,17 6:3,20,
22,25 7:3,7
8:18,20,21,24
9:7,9,13 11:2,4
12:8,16,22,23
13:5,12,15,18,
21,24 14:2,5,9,
13,16,20,25
15:3,7,11,15,19,
23 16:1,5,9,12,
16,20,24 17:4,7,
10,14,18,23
18:2,11,17,21
19:2,12,16,22
20:12,14,25
21:6,18 22:2,9,
12,21,24 23:3,6,
14,22 24:1,5,10,
15,21,25 25:17,
21 26:10,23
27:3,7,16,24
28:2,7,9,12,20
29:5,11,18,24
30:9,16,21
32:24 33:9,12
**Defendant's**
7:25 8:17 9:4,7,
21
**defer**
11:22
**defined**
20:10
**degree**
14:4
**Dell**
7:7,12 9:18,23
10:1 19:6
**departure**
29:8
**depending**
33:7
**depicted**
10:17
**depicting**
10:6,8
**deputy**
12:20
**desktop**
8:3,5,15 9:5
**destroyed**
8:24
**determination**
26:17

31:15,16
**determine**
26:19
**devices**
6:17 7:12,23
**Dillard**
3:5,11,15 4:22
6:4 7:21 11:11,
19,25 12:9,17,
24 13:11,19
15:4,24 16:6,21,
25 19:19,23
21:10 24:6 25:5
26:12 27:4
30:17 31:7 32:8
33:10,22
**disagree**
5:1 23:23 24:2
**discovered**
5:25 9:22,25
10:5,8,10
**discretion**
29:13
**discs**
7:21 8:10,22
9:20 10:12
**discuss**
16:6,13 25:18
27:5
**discussed**
11:18
**discussion**
4:6 5:19 7:3
9:15
**disks**
19:18
**district**
5:4 10:25 33:2
**doubt**
5:12 21:15,25
**download**
7:5
**downloaded**
4:5 9:13
**downloading**
10:3
**drive**
7:18 9:10,12,19,
20,23 10:7,9
19:14
**drugs**
14:15,18,20
**DVD's**
19:18
**DVDS**
7:21

---
**E**

**earlier**
23:7 24:4 32:9,
10
**easily**
27:1
**easy**
13:1
**electronic**
6:17 7:11
**element**
21:2 32:1
**elements**
4:8 19:24 20:2,
24
**enhanced**
11:7
**entered**
11:1
**entry**
28:16
**equal**
26:1
**equivalency**
14:4
**essentially**
27:14
**evaluated**
22:18
**eventually**
32:20
**everybody's**
33:8
**evidence**
6:13 9:22 21:23
22:5,18 23:9,10,
24 32:1
**examinations**
9:17
**exceeds**
29:2,14
**exercise**
22:16
**exercises**
29:13
**explain**
4:16 17:22
**explained**
28:8 32:8
**explanation**
4:20 23:9

explicit
  11:3
exploitation
  6:14
Exploited
  5:16

---

**F**

fact
  18:10
factors
  26:18
facts
  5:5
factual
  4:17 5:4 23:20
fall
  24:17
family
  16:3
favorites
  9:1
February
  10:24 17:6
federal
  6:9 8:3 15:5
  18:19 20:10
feel
  27:12
felony
  18:20
filed
  4:16
Finally
  10:9
find
  3:19 31:8,12,24
  32:4
findings
  11:21,22 31:11
fine
  5:8 25:1,12
firearms
  15:14
flash
  7:18 9:9,12,19,
  23 10:9 19:14
folder
  9:1
follow
  18:4 20:1

Force
  5:14
foreign
  7:24 20:18,21
forensic
  8:7 9:17
forfeit
  18:24 19:6,9,14,
  18
forward
  33:21 34:4
found
  3:20 23:20
free
  25:7 30:11
front
  13:3
full
  4:3
fully
  27:11 31:12
future
  15:10,14,18,22

---

**G**

GB
  7:15
GED
  14:5,8
give
  4:19
giving
  21:8,13 31:22
good
  3:1,8,10,12,13,
  19 11:13,23
  13:7
government
  20:4,7,16 21:14
  22:18 23:9
  27:10 30:2
  32:22 33:15
graduate
  13:25
group
  5:20 7:2 9:15
  10:2,3 24:11
guideline
  26:17 29:7,15
guidelines
  26:20 29:8,16
  30:13,14

guilt
  22:19
guilty
  3:16 12:1,11
  15:5,25 16:3,7
  18:8,13,23 20:3,
  4 21:8,14,20,25
  22:1,7,11,23
  23:2 25:20
  26:25 27:6 28:5,
  15 30:20,21
  31:17,23 32:3,5
guys
  4:12

---

**H**

hand
  12:20
happen
  12:14 27:14
  29:20
hard
  9:19 10:7
HDD
  7:15
hear
  3:3
heard
  23:7
hearing
  3:4 31:10,12
  32:10 33:3,20
Heather
  10:23
high
  14:1,4
history
  10:1
hold
  15:21 22:17
Honor
  3:8,10,18 4:2
  5:2,9 11:16,22
  30:21 31:1,6
  33:16,18 34:1,3
HP
  8:3,11,15,23 9:5

---

**I**

ICAC
  5:14,23 6:2,7,18
  7:11 8:16 9:3,16

Idaho
  5:13 6:2,6,10,20
  8:5 10:25 33:2
identification
  10:17,19
identified
  10:19
identify
  26:18
ignore
  30:11
IM
  10:23
image
  20:9
images
  7:6 10:3,5,10,
  12,15,19 11:3
  21:3 24:13
immigration
  15:6
impact
  15:9,13,17,21
impacts
  14:19,23
impose
  27:2 28:18
  29:14
imposed
  29:1
include
  10:21
included
  5:21 10:13
including
  6:15 7:12 20:18,
  22
India
  7:23
indicative
  8:25 10:4
indictment
  3:16 18:9
induce
  15:25 16:3
innocent
  21:22
inquiry
  11:17
Inspiron
  7:13 9:18,23
Inspiron's
  10:1

instruct
  22:16
intends
  3:15
intent
  5:6 12:3,7 18:15
  20:8 30:19 32:6
interlineation
  3:24
internet
  5:14 10:1
interstate
  7:24 20:17,21
interview
  6:24
investigation
  8:9 32:18
investigator
  6:7 8:1 9:16
  10:15
investigators
  5:13,23 6:3,18,
  23,24 8:16 9:3,8
involving
  6:13
IP
  5:21,24 6:1
items
  21:3

---

**J**

J-O-N-A-T-H-
A-N
  13:17
Jan_feb
  10:22
January
  6:18 8:1,7,18
  9:10
joint
  27:18,22
Jon
  7:21 19:19
Jonathan
  3:5 6:4 13:11
Judge
  6:10 8:13
judgment
  14:19 28:18
July
  33:7
June
  32:11 33:7

jury
  15:17 21:21,22
  22:6,14,16 23:1,
  5
Justin
  3:9

---

**K**

KG-INGA
  10:23
kindergarden
fun
  4:6 5:20 7:2,9
  9:14 10:2
kindergarden
fun.com.
  24:11
King
  6:8 8:1 10:15
Klemmer
  6:2,9,19 8:4
knew
  21:3
knowingly
  20:7 31:24
Kuna
  6:2,10,20 8:4

---

**L**

label
  7:14,17,20
labeled
  7:21
language
  4:7
laptop
  7:7,13 9:18,24
  19:6
law
  20:10
lawyer
  16:7,14,22 22:6
  32:13,19,22
learned
  6:3
leased
  6:1
led
  24:7
left
  26:7

**legally**
15:13
**lengthy**
23:8
**life**
25:12
**links**
8:25
**listed**
6:5 21:10
**listen**
4:22 21:23
23:12
**lists**
19:7
**locate**
8:8
**located**
6:1 7:8 8:4
**looked**
24:12
**lose**
19:20
**loss**
26:1

**M**

**made**
7:14,20 11:21
31:11,24
**Magistrate**
6:10 8:13
**mailed**
20:20
**make**
12:18 18:22
19:23 21:14,23
25:1,5 26:6,13,
20 28:4 30:7
31:15,16
**makes**
11:17
**manufactured**
7:22
**manufacturer's**
7:14,17,19
**Mark**
3:11
**material**
6:13

**materials**
20:20
**matter**
3:4 5:11 20:9
**matters**
33:13
**Maxell**
7:20 8:10,21
9:20 10:12
19:18
**maximum**
11:7 25:6,9,12,
15,18 29:2
30:12
**means**
20:18
**meantime**
33:21
**medications**
14:20
**meet**
32:12,14
**Melinda**
10:22
**member**
16:2
**mental**
11:20
**Miller**
9:16,22,25 10:5,
7,9
**minimum**
11:7
**minors**
6:14 10:13 11:3
**Miranda**
6:22 8:19
**Missing**
5:16
**Monkeybedding**
10:23
**months**
31:10
**morning**
3:1,8,10,12,13
4:7 11:13 14:15,
19 24:4 31:3
**mother**
9:7

**N**

**National**

5:15
**nature**
31:13,19
**NCMEC**
5:16 10:16,18
**necessarily**
18:5
**note**
11:16
**November**
5:13 9:24
**number**
7:13,16,18 11:1
27:18
**numbers**
19:7
**numerous**
7:11

**O**

**oath**
12:19
**objection**
33:25
**occasions**
12:25
**occurs**
28:25
**October**
5:20 7:10
**offender**
6:4,6
**offense**
4:8 21:14 24:20
26:2
**office**
15:22
**officer**
32:12,14,15
**online**
5:19
**operating**
8:12
**opinion**
26:5
**opportunity**
30:3
**optical**
7:21 19:18
**order**
18:6

**original**
4:11
**owner**
5:24

**P**

**pages**
23:16,20 27:17
**paragraph**
4:4 18:7 25:23
**part**
25:24 28:11,14
**participate**
28:5
**parties**
5:10
**party**
26:15
**pay**
5:1 25:25
**penalties**
11:7
**penalty**
25:6,9,13,16,19
**place**
12:19 30:7
**plea**
3:4,15 4:10,15
5:10 11:19
12:11 13:1
16:14,18 17:1,
25 18:24,25
19:4 20:2 23:16,
18,21,24 25:23,
24 26:12 27:1
28:11,14,17
30:25 31:5,8,15,
23,24 32:4
**plead**
3:16 12:1 15:25
16:3,7 18:8 20:3
21:13 25:20
27:6 28:15
30:18 31:16
**pleading**
15:5 18:13,23
21:8,20 22:10,
22 23:2 26:25
28:5 31:23 32:2
**podium**
4:13 11:12
**point**
16:23
**porn**

24:10
**pornography**
5:19 7:4,6 8:8,
12 9:1,6,12,14
10:5,6,7,8,10,
11,12,16,21
12:3 18:15
20:10,17,19
21:4 24:14,19
30:20 32:6
**possess**
15:13
**possessed**
20:8
**possession**
7:25 11:2 12:2
18:14 19:21
30:18,19 32:5
**possibly**
33:7
**potential**
10:16
**practice**
5:3
**prepare**
32:16,17 33:1
**prepubescent**
10:13
**present**
6:20 8:18 9:7
22:4
**presentence**
32:18
**presentencing**
33:23
**presumed**
21:22
**preview**
8:7
**previously**
7:23 12:5 24:18
**prior**
7:25 11:5
**prison**
14:6,11 25:9
**probation**
32:12,14,15
**procedure**
4:15
**proceed**
3:21,23 5:11

**proceedings**
34:8
**process**
30:6
**produced**
20:20
**Product**
7:17
**profile**
8:23 9:2
**property**
18:25 19:3
**prosecutor**
4:16 23:8 26:4
**prove**
20:4,7,16 21:15
**proven**
5:12
**provided**
10:18
**psychosexual**
28:6
**public**
15:22
**purposes**
5:2
**pursuant**
5:9

**Q**

**questions**
4:24 6:23 8:21
11:15 12:10,18,
25 16:11,18
17:2,21 18:4
30:23 31:3,9
33:11
**Qwest**
5:25 6:1

**R**

**raise**
12:20
**range**
26:19 29:7,15
**ranges**
26:18
**read**
5:4 6:22 8:19
17:9,10 23:19
24:3 27:21

32:21
**reads**
 4:4
**ready**
 3:21
**reason**
 30:24 31:4
**reasonable**
 5:12 21:15,25
**received**
 5:15
**recess**
 34:6
**recommendations**
 27:12,18,22 30:8,11
**recommended**
 26:4
**record**
 3:7 5:3
**refer**
 13:1 17:1
**reflected**
 10:1
**registered**
 6:4
**Registry**
 6:6
**related**
 24:19
**relating**
 6:13
**release**
 25:11 33:23
**remain**
 22:14 33:23
**remember**
 14:7 24:18,23, 25
**report**
 10:19 32:18
**reported**
 5:17
**representations**
 26:6
**reserves**
 27:10
**residence**
 6:5,12,21 7:8,12 8:11,15,17,19

9:4,10,21
**response**
 10:18
**rest**
 25:12
**restitution**
 25:25
**return**
 9:4
**returned**
 9:4
**revealed**
 8:10
**review**
 32:19
**rights**
 6:22 8:20 21:9, 12 23:1 31:21, 22
**Ronald**
 6:11 8:13
**run**
 15:21

─── S ───

**S2wzj90d316433**
 7:16
**Samsung**
 7:15 9:19 10:7
**Sandisc**
 7:18 9:9,19,22 10:9
**Sandisk**
 19:14
**satisfaction**
 16:11,19
**satisfied**
 16:21
**save**
 7:5
**schedule**
 32:9 33:3,8
**scheduled**
 33:6
**scheduling**
 33:5,20
**school**
 13:23 14:1,4
**search**
 6:9,11,12,16,19, 21 8:3,6,14,17

**seated**
 3:2
**section**
 23:24 24:3 27:9 28:23
**seize**
 6:12 8:15
**seized**
 7:11 8:5,10 9:10,21
**seizure**
 6:15
**sentence**
 4:3,4 25:8,16 26:17,21 27:2, 12 28:18 29:1, 14 30:12 32:23
**sentencing**
 12:13 25:7,16 26:3,20 27:10, 11,23 28:6 30:1, 4,14 32:9 33:20
**serial**
 7:13,16,18 19:7
**series**
 10:20,21
**serve**
 15:17
**served**
 6:19 8:16
**service**
 8:6
**services**
 16:22
**set**
 5:5
**sex**
 6:4,6
**sexual**
 6:13
**sexually**
 11:2
**shipped**
 20:21
**sign**
 16:14 17:5 23:18 31:15
**signed**
 6:11 8:14 17:6, 8,24 27:22 28:1
**signing**
 31:22
**silent**
 22:15

**similar**
 12:5
**sir**
 12:8,16 13:12, 15,18 14:2,9,13, 16,21,25 15:3,7, 11,15,19,23 16:1,5,9,12,16, 20,24 17:4,7,11, 14,19,23 18:2, 11,21 19:2,12, 16,22 20:25 21:6,18 22:2,9, 12,21,24 23:3,6, 14,22 24:1,5,15, 21,25 25:17,21 26:10,23 27:3,7, 16,24 28:2,7,9, 12,20 29:5,11, 18,24 30:9,16 32:24 33:9,12
**site**
 10:3
**sound**
 25:4
**speak**
 9:8
**special**
 25:13
**specific**
 18:3
**spelled**
 13:13,16
**Spinpoint**
 7:15
**standard**
 5:3
**state**
 3:6
**stated**
 7:5
**statement**
 4:18
**States**
 3:9 6:10 8:13 10:24 11:6 26:20
**statute**
 26:2
**statutory**
 29:2
**storage**
 6:17
**stricken**
 4:9

**strike**
 4:7,11
**subjecting**
 11:6
**submitted**
 6:8 8:2 32:21
**subpoena**
 5:24
**subscribed**
 7:1
**subsequent**
 6:16 8:9
**substantial**
 31:25
**Sugar**
 10:22
**suggested**
 21:24 30:13
**suggestions**
 33:5
**summarized**
 19:3 23:24 27:13
**supervised**
 25:11
**support**
 6:8 8:2
**supported**
 31:25
**supports**
 32:1
**surprise**
 17:16
**surprises**
 17:15
**suspected**
 5:18
**swear**
 12:21
**Sweet**
 10:22
**sworn**
 12:22
**system**
 8:12 25:4

─── T ───

**Taiwan**
 7:22
**talked**
 32:16

**Task**
 5:14
**term**
 25:9,10
**testify**
 22:15
**tests**
 32:16
**things**
 17:18 19:8 20:5 29:20
**thinking**
 33:6
**threaten**
 15:25 16:2
**time**
 6:21 13:7 14:6 17:24 26:3 27:9 30:1 32:25
**Title**
 11:6
**today**
 12:1,7,13 14:24 15:2,25 16:4,15 23:4 31:9
**top**
 21:10
**trade**
 7:20
**transported**
 7:24 20:17,21
**trial**
 5:11 21:21 22:6, 14 23:1,5,11
**truthful**
 12:19
**typically**
 4:14

─── U ───

**U.s.c**
 6:14 11:8 29:13
**U.S.C.**
 11:4
**understand**
 12:9,15 14:23 15:1,4,9,12,16, 20 17:12 18:12, 16,18,23 19:1, 11,15,20,24 20:6,11,15,23 21:1,5,8,16,19 22:4,10,13,20, 22,25 25:2,6,15

Case 1:15-cr-00170-DCN   Document 79   Filed 07/26/21   Page 15 of 15

UNITED STATES vs J. DILLARD          02/23/2016          Court Proceeding

26:9,14,22,24 27:15,25 28:13,19 29:4,10,15,19,25 30:6,10,15 31:13
**understanding**
 3:14 11:25 18:10 19:8 33:22
**understood**
 17:25
**United**
 3:9 6:10 8:13 10:24 11:6 26:20
**unusual**
 28:24
**upload**
 7:5
**uploaded**
 5:18
**upward**
 29:7
**USA**
 3:4
**USB**
 7:18 19:14
**USC**
 32:7
**user**
 5:18,22 6:25 8:23 9:1

---
**V**
---

**verbatim**
 5:5
**verify**
 13:9
**victim**
 26:1
**victims**
 10:20
**video**
 10:8
**videos**
 10:6,11
**view**
 12:3 18:15 20:8 30:20 32:6
**viewed**
 7:4 24:10

**violation**
 6:14 11:3 32:6
**visited**
 7:2
**voluntarily**
 31:25
**vote**
 15:10

---
**W**
---

**waiving**
 21:16,20 22:11,23 23:2 28:15,19
**wanted**
 22:8
**warrant**
 6:9,11,19 8:3,6,14,17
**weapons**
 15:13
**website**
 4:6 7:3,4,9 9:15
**websites**
 8:25 10:4
**week**
 33:3
**Whatcott**
 3:8,9,22,24 4:2,9,23 5:2,9 11:9,10 23:8,12 24:3 31:2,6 33:15,25
**withdraw**
 26:25
**wondered**
 17:17
**written**
 3:15 4:10 13:1 16:14,18 17:1,25 20:2 23:16,18 27:19 31:15,23

---
**Y**
---

**Yahoo**
 4:6 5:17,18,19 6:25 7:2 9:14 10:2 24:11
**year**
 12:14 14:7 34:5
**years**
 10:14 25:10,11

**yohondillard**
 5:18,22 7:1

---
**§**
---

**§2252(a)(2)**
 6:15
**§2252(a)(4)(b)**
 11:4
**§2252a(a)(5)(b)**
 32:7
**§2252a(b)(2)**
 11:8

26:9,14,22,24 27:15,25 28:13,19 29:4,10,15,19,25 30:6,10,15 31:13

**understanding**
 3:14 11:25 18:10 19:8 33:22

**understood**
 17:25

**United**
 3:9 6:10 8:13 10:24 11:6 26:20

**unusual**
 28:24

**upload**
 7:5

**uploaded**
 5:18

**upward**
 29:7

**USA**
 3:4

**USB**
 7:18 19:14

**USC**
 32:7

**user**
 5:18,22 6:25 8:23 9:1

---
**V**
---

**verbatim**
 5:5

**verify**
 13:9

**victim**
 26:1

**victims**
 10:20

**video**
 10:8

**videos**
 10:6,11

**view**
 12:3 18:15 20:8 30:20 32:6

**viewed**
 7:4 24:10

**violation**
 6:14 11:3 32:6

**visited**
 7:2

**voluntarily**
 31:25

**vote**
 15:10

---
**W**
---

**waiving**
 21:16,20 22:11,23 23:2 28:15,19

**wanted**
 22:8

**warrant**
 6:9,11,19 8:3,6,14,17

**weapons**
 15:13

**website**
 4:6 7:3,4,9 9:15

**websites**
 8:25 10:4

**week**
 33:3

**Whatcott**
 3:8,9,22,24 4:2,9,23 5:2,9 11:9,10 23:8,12 24:3 31:2,6 33:15,25

**withdraw**
 26:25

**wondered**
 17:17

**written**
 3:15 4:10 13:1 16:14,18 17:1,25 20:2 23:16,18 27:19 31:15,23

---
**Y**
---

**Yahoo**
 4:6 5:17,18,19 6:25 7:2 9:14 10:2 24:11

**year**
 12:14 14:7 34:5

**years**
 10:14 25:10,11

**yohondillard**
 5:18,22 7:1

---
**§**
---

**§2252(a)(2)**
 6:15

**§2252(a)(4)(b)**
 11:4

**§2252a(a)(5)(b)**
 32:7

**§2252a(b)(2)**
 11:8