U.S. COURTS

AUG 04 2022

Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Jonathan Dillard
1631 N. Rimrock Ave.
Kuna, Idaho 83634


United States
Plaintiff   Case No: 1:15-CR-00170-DCN
V:
Jonathan Dillard   Response
Defendant   to Judge
    Bastian's
    Demand for
    A Response


I have no clue how to Respond to something I have NO comprehension of what I am Responding to. The extreme small time frame you have given me to Respond is extreme as well and unreasonable and inadequate. I ask there be an extended time frame

of an additional two weeks to give a proper and more legible response that I might have the time necessary to properly research what the huge words are and what they mean so I can give a proper response.

No. Crystal (Attorney) who was here today knows not even my what these big words mean as she has not heard of them before either.

For me to properly research this is 60 day extension to the 15 you gave me. Sorry.

7/28/22

Jonathon Renfro

Dr. Jonathan Dillard, Ph.D.
1631 N. Klemmer Ave.
Kuna, ID 83634

BOISE ID 836
25 JUL 2022 PM 1 L

United States Court Clerk
James A. McClure Federal Bldg
& Courthouse
550 W. Fort Street
Boise, Idaho
83724

U.S. MARSHALS
District of Idaho
AUG 04 2022
EXAMINED