CRIMINAL PROCEEDINGS - **Supervised Release Revocation & Sentencing**
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David C. Nye  
Case No. 1:15-cr-170-DCN  
Place: Boise, ID  

Date: **August 16, 2023**  
Deputy Clerk: Patti Richmond  
Reporter: Ann Bowline  
Time: 1:05 – 1:38 pm

## UNITED STATES OF AMERICA vs JONATHAN DILLARD

Counsel for United States: Kassandra McGrady and Erin Blackadar  
Counsel for Defendant: Joshua B. Taylor  
Probation Officer: Crystal Laleman

(X) The Court held an evidentiary hearing on July 14, 2023, and took the matter under advisement. On July 31, 2023, the Court issued a Memorandum Decision and Order where the Defendant was found to be in violation of paragraphs two, three and four of the Amended Petition on Supervised Release.
(X) Court proceeded with sentencing.
(X) Elizabeth Terrill (sister) gave a statement to the Court.
(X) Counsel made sentencing recommendations to the Court.
(X) Defendant made remarks on his own behalf.

Grade C Violation     Criminal History Category I     Guideline Range 3-9 months

**SENTENCE:**
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Supervised Release is revoked and the defendant, **Jonathan Dillard**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months.**

No supervised release to follow.

(X) Right to appeals explained.
(X) Defendant to receive credit for time served in federal custody. It is recommended that the defendant shall be housed locally at the Ada County Jail.
(X) Defendant remanded to the Custody of the U.S. Marshal Service.