Joshua B. Taylor, ISB #7301
The Law Office of Joshua B. Taylor
250 S. 5th St., Ste. 850
Boise, ID 83702
Telephone:   (208) 336-1880
Facsimile:   (208) 429-1100
joshuabtaylorlaw@gmail.com

*Attorney for Jonathan Dillard*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN DILLARD,<br><br>    Defendant. | 1:15-CR-170-DCN<br><br>AMENDED NOTICE OF APPEAL |

NOTICE is hereby given that Defendant, JONATHAN DILLARD, hereby AMENDS his prior NOTICE OF APPEAL (filed August 11, 2023 [dkt. 184]), to add that he not only appeals the District Court's MEMORANDUM DECISION AND ORDER, filed July 31, 2023, dkt. 182, but also now appeals from the District Court's JUDGMENT IN A CRIMINAL CASE, filed August 21, 2023, dkt. 187, the Honorable David C. Nye, U.S. District Judge, presiding in both instances.

Dated August 21, 2023.


/s/ Joshua Taylor
Joshua B. Taylor

-2-

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 21, 2023, I caused to be served to the parties indicated below a true and correct copy of this document in the following manner:

| U.S. Attorney's Office<br>District of Idaho<br>Kassandra McGrady<br>Assistant United States Attorney<br>1290 W. Myrtle St., Ste. 500<br>Boise, ID 83702-7788<br>Telephone: (208) 334-1211<br>Facsimile: (208) 334-9433<br>David.robins@usdoj.gov | [ ] first-class mail<br>[ ] hand delivery<br>[X] CM/ECF filing<br>[ ] email |
|---|---|

    /s/ Josh Taylor
    Joshua B. Taylor