UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN DILLARD,<br><br>　　　　　　　Defendant. | Case No. 1:15-cr-00170-DCN<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On September 5, 2023, the Defendant filed his Motion for Compassionate Release. Dkt. 192. The Court now enters the following briefing schedule:

1. The Government will have up to an including **October 5, 2023**, to file its responsive brief.

2. The Defendant will have up to an including **October 19, 2023**, to file any reply brief.

3. The Court will then take the matter under advisement and issue a written decision as quickly as possible.

IT IS SO ORDERED.

DATED: September 6, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER SETTING BRIEFING SCHEDULE - 1