UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1810 |
| Plaintiff - Appellee, | D.C. No. 1:15-cr-00170-DCN-1 District of Idaho, Boise |
| v. | ORDER |
| JONATHAN DILLARD, | |
| Defendant - Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 19) of appellant's appointed counsel Dennis

Benjamin to withdraw as counsel of record and to appoint new counsel is granted.

Appellant's request to appoint Samuel Macomber of the Federal Defender Services

of Idaho is denied. Appellant is not entitled to appointed counsel of his choice.

*See United States v. Ono*, 997 F.2d 647, 651 (9th Cir. 1993).

The Clerk will electronically serve this order on the appointing authority for

the District of Idaho, who will locate appointed counsel. The appointing authority

is requested to send notification of the name, address, and telephone number of

appointed counsel to the Clerk of this court at

counselappointments@ca9.uscourts.gov within 7 days of locating counsel.

The appointing authority is also requested to locate an attorney who can give

immediate attention to this appeal due to appellant's anticipated release on

November 23, 2023.  *See United States v. King*, 891 F.3d 868 (9th Cir. 2018)

(appeal from supervised release revocation becomes moot upon release from

custody with no supervision conditions).

The briefing schedule set on August 24, 2023 (Docket Entry No. 7) is

vacated.  The reporter's transcript is due October 2, 2023.  Appellant's opening

brief and excerpts of record are due October 12, 2023; appellee's answering brief

is due October 26, 2023; and the optional reply brief is due November 1, 2023.

No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-

2.2(a)(1).  No written motions for extensions of time under Ninth Circuit Rule 31-

2.2(b) will be granted absent extraordinary and compelling circumstances.

In a counseled case, appellant may communicate with the court only through

counsel.  The court served appellant's pro se submissions (Docket Entry Nos. 18,

20, 21, 22) electronically on appellant's counsel and will take no further action on

these submissions.

The Clerk will serve this order on former counsel and appellant individually:

Reg. No. 10080-023, FDC SeaTac, Federal Detention Center, P.O. Box 13900,

Seattle, WA 98198.