UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JONATHAN DILLARD,<br><br>              Defendant. | Case No. 1:15-cr-00170-DCN<br>USCA No. 23-1810 USCA<br><br>**ORDER APPOINTING CJA COUNSEL** |

    IT IS HEREBY ORDERED that CRAIG H. DURHAM CJA attorney for the District of Idaho is appointed to represent this defendant in the proceedings before the United States Court of Appeal for the Ninth Circuit.

DATED: September 19, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER APPOINTING CJA COUNSEL- 1